KRAUT v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 21, 1905.) No. 38 (3,520). Appeal from the Circuit Court of the

United States for the Southern District of New York. For decision below, see 134 Fed. 701, which affirmed a decision of the Board of United States General Appraisers. G. A. 5,606 (T. D. 25,087). Walden & Webster (Howard T. Walden, of counsel), for appellants. Henry A. Wise, Asst. U. S. Atty. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Decision affirmed.